UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSA ADAMS RICHARDSON, )<br>               Plaintiff, )<br>                         )<br>     v.                      )<br>                         )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>               Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-439-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 30]. Plaintiff's motion for judgment on the pleadings [D.E. 25] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 27] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 2, 2016, and Copies To:**

Angela R. Cinski                                           (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell                                    (via CM/ECF Notice of Electronic Filing)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

August 2, 2016                          (By)  /s/ Nicole Briggeman
                                                   Deputy Clerk