IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSA ADAMS RICHARDSON,     )<br>                               )<br>        Plaintiff,             )<br>                               )<br>v.                             )<br>                               )<br>CAROLYN W. COLVIN,             )<br>ACTING COMMISSIONER            )<br>OF SOCIAL SECURITY,            )<br>                               )<br>        Defendant.             )<br>_____) | No. 5:15-CV-00439-D |

**PROPOSED ORDER**

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $3,915.50, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED. This **25** day of August 2016.

_____
JAMES C. DEVER III
Chief United States District Judge