UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROSA ADAMS RICHARDSON, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:15-CV-439-D** |
| CAROLYN W. COLVIN, Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of $3,915.50, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on August 25, 2016, and Copies To:**

| | |
|---|---|
| | (via CM/ECF Notice of Electronic Filing) |
| Angela R. Cinski | |
| Mary Ellen Russell | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| August 25, 2016 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |